In the Matter of the Claim of CHARLES J. BOYLE, JR., Respondent.
MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.

Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.